UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Prisoner Civil Cover Sheet

**Plaintiff(s):** Jovani Torres  **Defendant(s):** Wexford et al.

**County of Residence:** Lee  **County of Residence:** 17-50259

**Plaintiff's Address:**
R-55451
Dixon - DIX
2600 North Brinton Avenue
Dixon, IL 61021

**Defendant's Attorney:**

**FILED**
AUG 23 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555

**Cause of Action:** 42:1983

**Jury Demand:** [✓] Yes  [ ] No

**Signature:** Paul Gianesin  **Date:** 8/23/17