**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Jovani Manuel Torres (R-55451), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 17 C 50259 |
| v. | ) | |
| | ) | Magistrate Judge Iain D. Johnston |
| Tuell (Nurse Practitioner), | ) | |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

By order dated November 6, 2018, the Court directed Plaintiff to complete and return a USM-285 (Marshals service) form for service on Defendant Nurse Tuell if he wanted to proceed with this case [56]. The Court further ordered Plaintiff to file a written report on the status of service by January 11, 2019. When Plaintiff failed to comply with this order, the Court gave Plaintiff a final opportunity to complete and return a service form for Nurse Tuell [57]. The Court warned that failure to complete and return the service form by February 20, 2019, would result in a report and recommendation that this case be dismissed for failure to comply with the Court's orders and failure to effectuate service of process. To date, Plaintiff has not complied with the Court's orders. Accordingly, it is this Court's Report and Recommendation that this case be dismissed without prejudice for Plaintiff's failure to comply with the Court's orders and for failure to effectuate service of process. *See* Fed. R. Civ. P. 4(m). Plaintiff may file an objection to this Report and Recommendation with the assigned district judge by March 18, 2019. Failure to object may constitute waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260-61 (7th Cir. 1989).

Date: February 27, 2019           By: _____
                                      Iain D. Johnston
                                      United States Magistrate Judge