# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS WESTERN DIVISION

| | |
|---|---|
| Jovani Manuel Torres, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 17 C 50259 |
| v. ) | |
| ) | Judge Philip G. Reinhard |
| Tuell (Nurse Practitioner), ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter comes before the court on the Report and Recommendation ("R & R") [58] of Magistrate Judge Johnston recommending that the court dismiss this case for plaintiff's failure to comply with the court's orders and for failure to effectuate service of process. The court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. *See* FED. R. CIV. P. 72(b)(3). The court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). In this case, the court has received no objections to the R & R (*see* [58], showing that objections were due by March 18, 2019). The court has reviewed the record in this case and finds that the February 27, 2019, R & R is not clearly erroneous. Accordingly, the court adopts in its entirety Judge Johnston's R & R. Plaintiff's complaint is dismissed without prejudice for plaintiff's failure to comply with the court's orders and for failure to effectuate service of process. Final judgment will enter.

Date: 03/22/2019  ENTER:

*Philip G. Reinhard*
United States District Court Judge

Notices mailed by Judicial Staff. (LC)